```
GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
```
*Attorney for Defendant Amy Emrich*

```
By:  Michael Vomacka
     Deputy Attorney General
     (609) 376-3367
     Michael.Vomacka@law.njoag.gov
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| ZION'ELIYAH YAH'TORAH,<br>                Plaintiff,<br>   v.<br><br>AMY EMRICH,<br><br>                Defendant. | <u>Civil Action</u><br><br>Docket No. 3:20-cv-05533-PGS-TJB<br><br>**CERTIFICATE OF SERVICE FOR<br>ENTRY OF APPEARANCE FOR<br>DEFENDANT EMRICH** |

TO:   CLERK OF THE COURT (*via CM/ECF*)

      Plaintiff Yah'Torah (*via Regular Mail*)

**PLEASE TAKE NOTICE** that Gurbir S. Grewal, Attorney General of New Jersey, by **Michael Vomacka, Deputy Attorney General**, is hereby designated as counsel for Defendant Amy Emrich in the above-captioned case; AND

**PLEASE TAKE FURTHER NOTICE** a copy of all future court notices should be also be directed to DAG Michael Vomacka, and correspondence should be also addressed as follows:

```
        DAG Michael Vomacka
        Office of the Attorney General
        R.J. Hughes Justice Complex
```

```
              25 Market Street
              P.O. Box 112
              Trenton, New Jersey 08625-0112
              Michael.Vomacka@law.njoag.gov

                            GURBIR GREWAL
                            ATTORNEY GENERAL OF NEW JERSEY

                       By:  /s/ Michael Vomacka
                            Michael Vomacka
                            Deputy Attorney General


DATED:  October 30, 2020
```